**Order entered September 24, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00515-CR

**GILBERT LAMON CLEVELAND, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F18-51262-K**

## ORDER

Before the Court is appellant's September 23, 2019 second motion to extend time for filing brief. We **GRANT** the motion and **ORDER** the brief filed on or before October 24, 2019. Appellant is cautioned that the failure to file his brief by that date may result in the appeal being abated for a hearing under rule 38.8. *See* TEX. R. APP. P. 38.8(b)(2).

/s/    CORY L. CARLYLE
        JUSTICE